UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ARANTZA CASTRO,                                          CASE NO. 1:24-cv-22921-JB

    Plaintiff,

vs.

SUNSHINE RESTAURANT MERGER SUB, LLC
a Foreign Limited Liability Company D/B/A IHOP
and IHOP RESTAURANTS LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the settlement documents and will file a Notice of Dismissal.  As such, the parties request that this Honorable Court allow 45 days to finalize all documents before dismissing the case.

    Respectfully submitted,
    Adams & Associates, P.A.
    Attorney for Plaintiff
    6500 Cowpen Road, Suite 101
    Miami Lakes, FL 33014
    Telephone: 305-824-9800
    Facsimile:  305-824-3868
    Email: radamslaw7@gmail.com
    By: /s/ Richard John Adams, Jr.
    Richard John Adams, Jr.
    FL Bar No.: 770434