UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-22921-JB

ARANTZA CASTRO,

        Plaintiff,

v.

SUNSHINE RESTAURANT
MERGER SUB, LLC,

        Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court on the parties' Joint Stipulation of Dismissal With Prejudice. ECF No. [17]. Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear their own attorney's fees and costs. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 18th day of December, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE